UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ELECTRONIC PRIVACY INFORMATION )
CENTER )
 )
       Plaintiff, )
 )
v. ) C.A. No. 02-0063 (CKK)
 ) Hon. Colleen Kollar-Kotelly
U.S. DEPARTMENT OF JUSTICE, et al. )
 )
       Defendants. )
_____)

**Stipulation of Dismissal as to Claims
Concerning the Internal Revenue Service**

FILED
FEB 2 8 2002
NANCY MAYER WHITTINGTON, CLERK
U.S DISTRICT COURT

Pursuant to Fed. R. Civ. P. 41 and subject to the approval of the Court, the parties stipulate to the dismissal of claims concerning the Internal Revenue Service without prejudice.

Defendants' pending motion to dismiss defendant Internal Revenue Service is therefore moot.

Respectfully Submitted,

_____
Chris Hoofnagle
DC Bar No. 463182
Electronic Privacy Information
Center
1718 Connecticut Ave. NW
Suite 200
Washington, DC 20009
Telephone (202) 483-1140 x108
Facsimile (202) 483-1248
Attorney for Plaintiff

_____
Jennifer Paisner / CJK
Jennifer Paisner
DC Bar No. 472407
U.S. Department of Justice
Civil Division, Federal
Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, DC 20044
Telephone (202) 616-8268
Facsimile (202) 616-8202
Attorney for Defendants

*[Handwritten: Dismissed of IRS as Defendant]*

Approved: _____
The Hon. Colleen Kollar-Kotelly
United States District Judge

Date: 2/27/02

COPIES TO:

Chris Hoofnagle
DC Bar No. 463182
Electronic Privacy Information Center
1718 Connecticut Ave. NW Suite 200
Washington, DC 20009

Jennifer Paisner
DC Bar No. 472407
U.S. Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Ben Franklin Station
Washington, DC 20044