UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC PRIVACY INFORMATION CENTER )<br><br>Plaintiff, )<br><br>v. )<br><br>UNITED STATES DEPARTMENT OF JUSTICE, and UNITED STATES DEPARTMENT OF THE TREASURY )<br><br>Defendants. ) | Civil Action No. 02-0063 (CKK)<br>Hon. Colleen Kollar-Kotelly<br><br>FILED<br><br>FEB - 3 2003<br><br>NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

## ORDER

For good cause shown, the Court hereby **GRANTS** the Motion for Extension of <u>Open America</u> stay filed by Defendant Federal Bureau of Investigation ("FBI"); and it is further

**ORDERED** that FBI shall produce the requested records on or before April 30, 2003.

DATED: Feb 3, 2003

_____
THE HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

cc: Chris J. Hoofnagle, Esq.
David Sobel, Esq.
Marc Rotenberg, Esq.
Electronic Information Privacy Center
1718 Connecticut Ave. NW
Suite 200



Washington, DC 20009
tel: (202) 483-1140
*Attorneys for Plaintiff*

Jennifer Paisner
Trial Attorney
U.S. Department of Justice
Civil Division, Room 6108
20 Massachusetts Avenue, N.W.
Washington, D.C. 20001
tel: (202) 616-8268
fax: (202) 616-8460
*Attorney for Defendant*